UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZAZ KHAN, | No. CV 17-4607 GW (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| POLICE CHIEF CHARLIE BECK, *et al.*, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by the Complaint and that this action is dismissed without prejudice.

DATED: February 26, 2018

GEORGE H. WU
United States District Judge